IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| *In re Malibu Media BitTorrent Copyright Infringement Litigation* | No. C 16-05737 WHA<br>No. C 16-05738 WHA<br>No. C 16-05739 WHA<br>No. C 16-05823 WHA<br>No. C 16-05824 WHA<br>No. C 16-05825 WHA<br>No. C 16-05826 WHA<br>No. C 16-05827 WHA<br>No. C 16-05828 WHA<br>No. C 16-05829 WHA<br>No. C 16-05843 WHA<br>No. C 16-05845 WHA<br>No. C 16-05847 WHA<br>No. C 16-05848 WHA<br>No. C 16-05849 WHA<br>No. C 16-05850 WHA<br>No. C 16-05855 WHA<br>No. C 16-05920 WHA<br>No. C 16-05921 WHA<br>No. C 16-05922 WHA<br>No. C 16-05923 WHA<br>No. C 16-05925 WHA<br>No. C 16-05926 WHA<br>No. C 16-05927 WHA<br>No. C 16-05970 WHA<br>No. C 16-05972 WHA<br>No. C 16-05973 WHA<br>No. C 16-05974 WHA<br>No. C 16-05975 WHA<br>No. C 16-05976 WHA<br>No. C 16-05977 WHA<br>No. C 16-06106 WHA<br>No. C 16-06107 WHA<br>No. C 16-06108 WHA<br>No. C 16-06109 WHA<br>No. C 16-06110 WHA<br>No. C 16-06111 WHA<br>No. C 16-06112 WHA<br>No. C 16-06141 WHA |
|---|---|

|   |   |
|---|---|
|   | No. C 16-06143 WHA |
|   | No. C 16-06144 WHA |
|   | No. C 16-06146 WHA |
|   | No. C 16-06147 WHA |
|   | No. C 16-06155 WHA |
|   | No. C 16-06160 WHA |
|   | No. C 16-06239 WHA |
|   | No. C 16-06240 WHA |
|   | No. C 16-06241 WHA |
|   | No. C 16-06242 WHA |
|   | No. C 16-06243 WHA |
|   | No. C 16-06245 WHA |
|   | No. C 16-06247 WHA |
|   | No. C 16-06249 WHA |

**ORDER SETTING DEADLINE TO FILE A RENEWED MOTION FOR LEAVE TO SERVE A THIRD-PARTY SUBPOENA**

/

In each of the above-captioned cases, an order denied Malibu Media's request for leave to serve a third-party subpoena on the Internet service provider that assigned the respective defendants' IP addresses according to a database maintained at maxmind.com without prejudice to a renewed motion that more completely addressed the accuracy of that database.

Malibu Media shall have until **JANUARY 19, AT NOON**, to file its renewed motions in each case. If such a motion is timely filed and granted, the deadline to serve the defendant with the summons and complaint will be set as the later of the deadline set by Rule 4(m) or thirty-five days after Malibu Media receives the defendant's identifying information from the Internet service provider. (A similar extension has been granted as a matter of course in all of Malibu Media's cases assigned to the undersigned judge.) Failure to timely file a renewed motion will result in dismissal for lack of prosecution of the respective case.

**IT IS SO ORDERED.**

Dated: January 4, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2